CPK
F. #2013RO1480

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MICHAEL SETTINERI,

            Defendant.

- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 08 2015 ★
LONG ISLAND OFFICE

NOTICE OF MOTION

Criminal Docket No. CR-15 330
BIANCO, J.
LINDSAY, M.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant MICHAEL SETTINERI's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
            July 8, 2015

                                        KELLY T. CURRIE
                                        Acting United States Attorney
                                        Eastern District of New York
                                        Attorney for Plaintiff
                                        610 Federal Plaza
                                        Central Islip, New York 11722

               By:    _____
                         CHARLES P. KELLY
                         Assistant United States Attorney
                         (631) 715-7866

Cc:    Clerk of the Court
        Richard Collins, Esq.